**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **KEVIN BEAN,** | **CASE NO. 2:08-cv-00471** |
| | **JUDGE MARBLEY** |
| Petitioner, | **MAGISTRATE JUDGE KEMP** |
| v. | |
| **WARDEN, ROSS CORRECTIONAL INSTITUTION,** | |
| Respondent. | |

## OPINION AND ORDER

On October 21, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

**IT IS SO ORDERED**.

      s/Algenon L. Marbley
      ALGENON L. MARBLEY
      United States District Judge