# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**KEVIN BEAN,**

       Petitioner,

v.

**WARDEN, ROSS CORRECTIONAL INSTITUTION,**

    Respondent.

CASE NO. 2:08-cv-00471
JUDGE MARBLEY
MAGISTRATE JUDGE KEMP

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the December 3, 2009 Opinion and Order, the Court ADOPTS AND AFFIRMS the Report and Recommendation. This action is hereby DISMISSED.

Date: **December 3, 2009**     **James Bonini, Clerk**

        s/Betty L. Clark
        Betty L. Clark/Deputy Clerk